UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00148-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| RODRIGUES JACAR HALL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's Motion for Compassionate Release (Doc. No. 35). While this motion was pending, Defendant was released from the custody of the Bureau of Prisons. (https://www.bop.gov/inmateloc/ visited 11/3/2021). After reviewing the specific relief requested by Defendant in the motion, and based on the specific arguments asserted in support thereof, the Court DENIES the motion AS MOOT.

IT IS THEREFORE ORDEREED that Defendant's Motion for Compassionate Release (Doc. No. 35) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: November 3, 2021

Frank D. Whitney
United States District Judge

1